United States District Court
Northern District of California

JUAN G. PASCUAL,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No.: CV 13-02005-KAW

ORDER TERMINATING DEFENDANT WELL FARGO BANK, N.A.'S MOTION TO DISMISS

(Dkt. No. 4.)

On May 8, 2013, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss Plaintiff Juan Pascual's complaint. (Dkt. No. 4.)

On May 20, 2013, Plaintiff filed his first amended complaint. (Dkt. No. 11.) On June 3, 2013, Wells Fargo filed a motion to dismiss the first amended complaint, which is set for hearing on July 18, 2013. (Dkt. No. 12.)

In light of the amended pleading and moving papers, the initial motion to dismiss (Dkt. No. 4) is terminated and the Court will hear Well Fargo's motion to dismiss the first amended complaint on July 18, 2013 as scheduled.

IT IS SO ORDERED.

Dated: June 5, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge